UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCALPH, et al.,<br><br>        Plaintiffs,<br><br>     v.<br><br>TIMBER PRODUCTS TRUCKING, LLC, et al.,<br><br>        Defendants. | Case No. 24-cv-02614-JST<br><br>**ORDER SETTING HEARING RE: JOINT DISCOVERY LETTER BRIEF; ORDER REQUIRING SUPPLEMENTAL FILINGS**<br><br>Re: ECF No. 47 |

Now before the Court is the parties' joint letter brief in which Plaintiffs ask the Court to quash 45 subpoenas issued by Defendants that require production after the close of fact discovery. ECF No. 47. The Court will conduct a hearing on the parties' dispute on July 24, 2025, at 9:30 a.m., via Zoom webinar.

The parties' joint letter brief raises, but does not address, whether Plaintiffs complied with their obligation either to supplement their Rule 26 disclosure "*in a timely manner* if the party learns that in some material respect the disclosure or response is incomplete or incorrect" or to make known to Defendants "the additional or corrective information . . . during the discovery process or in writing." Fed. R. Civ. P. 26 (e)(1)(A) (emphasis added). Accordingly, Plaintiffs shall file a brief by July 15, 2025, attaching their Rule 26 disclosures and any supplements thereto, and addressing whether they complied with their obligations to timely supplement their

/ / /

/ / /

/ / /

/ / /

/ / /

1  disclosures.  Defendants shall file a brief by July 21, 2025 responding to Plaintiff's arguments and
2  addressing their diligence in seeking Plaintiff Scott Scalph's medical records.
3  **IT IS SO ORDERED.**
4  Dated:  July 10, 2025



JON S. TIGAR
United States District Judge