UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCALPH, et al., <br><br>           Plaintiffs, <br><br>   v. <br><br>TIMBER PRODUCTS TRUCKING, LLC, et al., <br><br>           Defendants. | Case No. 24-cv-02614-JST <br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** <br><br>Re: ECF No. 65 |

The parties have filed a notice of conditional settlement pending execution of the long-form agreement. ECF No. 65. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 100 days of the date of this order.

**IT IS SO ORDERED**.

Dated: October 15, 2025

_____
JON S. TIGAR
United States District Judge